

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

September 20, 2007

**BY FACSIMILE TO (212) 805-7942**

The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

        Re:   *Urbaez v. Immigration Naturalization Services*,
               No. 07 Civ. 3325 (AKH)

Dear Judge Hellerstein:

      On behalf of the Government, I write to inform the Court that the petitioner has been scheduled to be naturalized on October 5, 2007. (A copy of the notice to Mr. Urbaez is enclosed). I therefore respectfully request that the follow-up conference in this case, currently scheduled for September 21, 2007, be adjourned in anticipation of filing a stipulation of dismissal.

      I have spoken with Mr. Urbaez (reachable at (718) 696-8567), and he consents to the Government's request, and I will be sending him a stipulation shortly after his ceremony.

**MEMO ENDORSED**

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 9/20/07

The Honorable Alvin K. Hellerstein
September 20, 2007
Page 2

    Thank you for your consideration of this matter.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney
                                      Southern District of New York

                    By: _____
                          SHANE CARGO
                          Assistant United States Attorney
                          86 Chambers Street, 3rd Floor
                          New York, New York 10007
                          Tel.   (212) 637-2711
                          Fax   (212) 637-2786

Enclosure

cc:    Mr. Victor M. Urbaez, Petitioner pro se
        106 Sunset Boulevard
        Bronx, New York 10473

        (by Federal Express) (w/encl.)

|     |     |
| --- | --- |
| AR #: | A034002139    ESC*001350960 |
| Date: | September 10, 2007 |
|     | APPLICANT COPY |

VICTOR MANUEL URBAEZ
106 SUNSET BLVD
BRONX NY 10473

You are hereby notified to appear for a Naturalization Oath Ceremony on: 

Friday, October 5 2007

at:
US DISTRICT COURT SOUTHERN DISTRICT
500 PEARL STREET
NEW YORK, NY 10007
US SOUTHERN DISTRICT COURT, ROOM 160, JURY ROOM FIRST FLOOR

9:00 AM

**Please report promptly at** _____

You must bring the following with you:

- [ ] This letter, **WITH ALL OF THE QUESTIONS ON THE OTHER SIDE ANSWERED IN INK OR ON A TYPEWRITER.**
- [X] Alien Registration Card.
- [ ] Reentry permit, or Refugee Travel Document.
- [X] Any Immigration document you may have.
- [X] Proper attire should be worn.
- [ ] Other

If you cannot come to this ceremony, return this notice immediately and state why you cannot appear. In such case, you will be sent another notice of ceremony at a later date. You must appear at an oath ceremony to complete the naturalization process.

Form N-445 (Rev. 1/8/92)                    (SEE OTHER SIDE)