**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR M. URBAEZ,

            Petitioner,

- against -

IMMIGRATION AND
NATURALIZATION SERVICES,

           Respondent.

No. 07 Civ. 3325 (AKH))

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

---

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
October ___, 2007

Victor M. Urbaez, Petitioner *Pro Se*

_____
Victor M. Urbaez
106 Sunset Boulevard
Bronx, New York 10473
Tel.   (718) 696-8567

New York, New York
October 10, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

_____
Shane Cargo, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.   (212) 637-2711
Fax   (212) 637-2786

SO ORDERED: 10-11-07

_____
Hon. Alvin K. Hellerstein
United States District Judge

– page 1 of 1 –          A34-002-139